FEBUARY 4th, 2015

DEAR SIR, OR MA'AM,
To WHOM IT MAY CONCERN:

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 10 2015

CHRISTOPHER A. PRINE
CLERK

I, Michael DeShawn Winfrey # 1726198, CM
PRESENTly INCARCERATED AT The, Allen B. Polunsky,
OF The Texas Department OF CORRECTIONS In,
Livingston, Texas.

HEREby, Request AT This much needed
Time, The Date AND year INWhich my CASE
Trial Number. 09-DCR-052456, And Appeal
CASE Number. 01-11-00654-CR, Recieved A
Mandate, IF ONE HAS, OR Have BEEN Handed
Down. My Petition FOR Discretionary REVIEW {PDR}
WAS Refused/Denied, But I Never Recieved
A Mandate From The Courts ∓ Trial Courts Nor
Court OF Appeals ∓. I Also, Preferably like To
KNOW The EXACT Date AND year my {PDR}
Petition For Discretionary Review WAS Denied
ON, Please.

SIR, OR MA'AM, IF There Has Been A
Date InWhich My CASE FOR Appeal Have BEEN
Mandate, WOuld You Please Send ME A Copy
OF That Date And PAPER(s) OF Proper Mandate,
That I may KNOW The Time OF The Begining,
And Ending Date OF My Federal year To

c.c.                — 1 OF 1 —

To File 2254 Federal Writ of Habeas Corpus
as well as, an 11.07 Habeas Corpus Writ.

Respectfully,

*Michael D. Winfrey*

Michael D. Winfrey #
#1726198
Allen B. Polunsky Unit
3872 F.M. 350 South
Livingston, Texas 77351

P.S.- Please Send Immediately.
Thank-You,
Respectfully

C.C.                    -1.OF 2 END-

Michael D. Winfrey #1726198
Allen B. Polunsky Unit—
3872 F.M. 350 South
Livingston, Texas 77351

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
FEB 10 2015
CHRISTCPHER A. PRINE
CLERK

※ LEGAl MAil

7700270179 9

To: CourT OF APPEALS
First DisTRicT
1307 San JacinTo STREET, 10th FlooR
HousTon, Texas 77002-7018

NORTH HOUSTON TX 773

05 FEB 2015 PM 7 L

FOREVER

※ LEGAl MAil